UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:  05-14326-CIV-MARTINEZ/LYNCH**

NOREEN A. ROBERSON,

      Plaintiff,

vs.

PRESIDION SOLUTIONS, INC.,

      Defendant.
_____/

**ORDER ON NOTICE OF SETTLEMENT AND
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Report of Mediation, signed on October 9, 2006, which indicates that the parties have reached a settlement in this matter.  It is hereby:

ORDERED AND ADJUDGED as follows:

1)  The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before **Friday, October 27, 2006**.

2)  This case remains on the trial docket until the documents necessary to conclude this action are filed.  All pertinent deadlines remain in effect.  In order to be excused from calendar call, the above-referenced documents must be filed at least three (3) days prior to calendar call.

3)  If the parties fail to comply with this order, the Court shall either <u>dismiss</u> this case without prejudice or proceed to trial as scheduled.  No continuances will be granted on the grounds that settlement documents remain to be executed.

-2-

4) The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2006.

*[signature]*

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record