UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  05-14326-CIV-MARTINEZ-LYNCH

NOREEN A. ROBERSON,

    Plaintiff,

vs.

PRESIDION SOLUTIONS, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice **(D.E. No. 55)**, filed on **October 13, 2006**.  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**.  This Court shall retain jurisdiction to enforce the terms of the settlement agreement.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record